UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

In re:
Price, Kenneth V, Jr.

Case No.: 20-16697 JNP
Chapter 7
Judge: Jerrold N. Poslusny Jr.

## NOTICE OF PROPOSED ABANDONMENT

On June 19, 2020, Andrew Finberg, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the clerk:  US Bankruptcy Court
District of New Jersey
PO Box 2067
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable JERROLD N. POSLUSNY JR. on July 21, 2020 at 11:00a.m. at the United States Bankruptcy Court, 400 Cooper Street, Camden, NJ, Courtroom no. 4C. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description | Value of Property | Liens on Property | Amount of Equity Claimed as Exempt |
|---|---|---|---|
| 906 Chesterwood Court, Marlton, NJ 08053-0000, Burlington County | $145,000.00 | $113,931.00 | $25,150.00 |

Objections must be served on, and requests for additional information directed to:

NAME: Andrew Finberg, Chapter 7 Trustee

ADDRESS: 525 Route 73 South, Suite 200, Marlton, NJ 08053

TELEPHONE NO: (856) 988-9055

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                              Case No. 20-16697-JNP
Kenneth V Price, Jr.                                                Chapter 7
          Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 1          Date Rcvd: Jun 22, 2020
                               Form ID: pdf905             Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2020.
db             +Kenneth V Price, Jr.,    906 Chesterwood Court,    Marlton, NJ 08053-3416
518839851       Bank of America,    Attn: Bankruptcy,    Nc4-105-03-14 Pob 26012,    Greensboro, NC 27420
518839852      +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
518839854      +Citibank,    Citicorp Credit Srvs/Centralized Bk dept,    Po Box 790034,
                 St Louis, MO 63179-0034
518839855      +Eye Associates,    251 South Lincoln Avenue,    Vineland, NJ 08361-7802
518839856       Penn Medicine,    PO Box 824406,    Philadelphia, PA 19182-4406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 22 2020 23:28:41     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 22 2020 23:28:38     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518839853       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 22 2020 23:30:05     Chase Card Services,
                 Attn: Bankruptcy,   Po Box 15298,    Wilmington, DE 19850
518839857      +E-mail/Text: bankruptcyteam@quickenloans.com Jun 22 2020 23:28:54     Quicken Loans,
                 Attn: Bankruptcy,   1050 Woodward Avenue,    Detroit, MI 48226-1906
518840728      +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2020 23:29:59     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518839858      +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2020 23:29:59     Synchrony Bank/Climate Select,
                 Attn: Bankruptcy Dept,   Po Box 965060,    Orlando, FL 32896-5060
518839859       E-mail/Text: bankruptcy@td.com Jun 22 2020 23:28:43     TD Bank, N.A.,   32 Chestnut Street,
                 Po Box 1377,   Lewiston, ME 04243
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2020                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2020 at the address(es) listed below:
          Andrew  Finberg    on behalf of Trustee Andrew  Finberg trustee@sjbankruptcylaw.com,
           J117@ecfcbis.com
          Andrew  Finberg     trustee@sjbankruptcylaw.com,    J117@ecfcbis.com
          Denise E. Carlon    on behalf of Creditor    Quicken Loans, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Joseph J. Rogers    on behalf of Debtor Kenneth V Price, Jr. jjresq@comcast.net,
           jjrogers0507@gmail.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```